UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| GIGLI, CATHERINE ROSE | ) | BANKRUPTCY CASE 10-10477 |
| | ) | Chapter 7 |
| | ) | |
| DEBTORS. | ) | |

## NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

    Claim #1    The Imaging Center    $1.50
                         7631 West Jefferson Blvd.
                         Fort Wayne, IN  46804

Total Check Amount =  $1.50

                                            Respectfully submitted,

                                            /s/ Dustin M. Roach
                                            Dustin M. Roach, Chapter 7 Trustee
                                            436 East Wayne Street
                                            Fort Wayne, Indiana   46802
                                            Telephone: 260-424-8132
                                            dmrtrustee@vgtlaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of February 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

                                            /s/ Dustin M. Roach
                                            Dustin M. Roach, Trustee